IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 20 2005
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -v- | ) | Case Number: 8:05CR0069 |
| KADHIM ABDULLAH, | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on Defendants Request to File Memorandum Under Seal, filing 38. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED, pursuant to NECrim.R 49.3(c) and (d), the Clerk shall file the defendant's Sentencing Memorandum under seal.

The Honorable Joseph Bataillon
United States District Judge

Order Prepared by:

Korey L. Reiman, #21773
650 J Street, Suite 400
Lincoln NE 68508